# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Basem Hamad<br>    Debtor(s)<br><br>PNC Bank, N.A.    Movant<br>    vs.<br><br>Basem Hamad<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-17419<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of PNC Bank, N.A., which was filed with the Court on or about **7/13/2018**.

                              Respectfully submitted,

                              **/s/ Kevin G. McDonald, Esquire**
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

July 17, 2018